| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>          U.S. MAGISTRATE JUDGE | DATE: 5/13/2014<br>TIME:  10:30 AM |

CASE:  **CV 13-5360 (JFB) (GRB)** Merolla v. County of Nassau

TYPE OF CONFERENCE: Initial Conference

APPEARANCES:     Plaintiff     <u>Gabriel Harvis</u>

                 Defendant     <u>Thomas Lai</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒   Scheduling Order entered.

☐   Settlement conference scheduled for  __  in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☐   Other:

                                                    SO ORDERED

                                                     /s/ Gary R. Brown
                                                    GARY R. BROWN
                                                    United States Magistrate Judge