UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
GLORIA MEROLLA,

                              Plaintiff(s),

- against -

COUNTY OF NASSAU; NASSAU COUNTY POLICE
DEPARTMENT; Detective Sargeant JO-ANN
DISTLER; Police Officer GARY RENICK;
Detective Lieutenant RALPH T. HOFFMAN;
Lieutenant Detective DOMINICK CALOBRISI;
Sergeant LUKAS GUBBA; Police Officer
AVERILL THOMPSON; Ambulance Medical
Technician KEVIN KEYER; Police Officer
ROBERT MATALEVICH; JOHNNY MILLER;
Detective Sargeant GEORGE D'ARIENZO;
Inspector EDWARD DORDON; Detective
JEFFREY RIOS; Detective KENTON LOCKE;
Detective RHODERICK BARRETT; and JOHN
and JANE DOE 8 through 10, individually
and in their official capacities (the
names John and Jane Doe being fictitious,
as the true names are presently unknown),

                              Defendant(s).
----------------------------------------x

Index #13 CV 5360
(JFB) (GRB)

**CONSENT TO**
**CHANGE ATTORNEY**

     **IT IS HEREBY CONSENTED TO AND AGREED** that the law office of **NICOLINI, PARADISE, FERRETTI & SABELLA** 114 Old Country, Mineola, New York 11501, be substituted as attorneys of record for the defendant, **JOHNNY MILLER**, in the above-captioned action in place and instead of the law office of **ALCIDES A. CASARES, ESQ.**, 278 A Wyckoff Avenue, Brooklyn, NY 11237.

Dated: Mineola, New York
       January 15, 2015

_____
John J. Nicolini, Esq. of
NICOLINI, PARADISE, FERRETTI & SABELLA

_____
ALCIDES A. CASARES, ESQ.

_____
JOHNNY MILLER

STATE OF NEW YORK   )
COUNTY OF            )

On the __22nd__ day of __January_____, 2015, before me personally came and appeared **JOHNNY MILLER** to me known, and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that (s)he executed the same.

ALCIDES A. CASARES
NOTARY PUBLIC, State of New York
No. 02CA6257172
Qualified in Kings County
Comm. Expires March 12, 20_16_

_____
Notary Public