# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP

Counsellors at Law

Mark R. Aledort
Robert J. Avallone
Deborah A. Aviles
Daniel A. Bartoldus
Amy E. Bedell
Karen M. Berberich
Claudia L. Boyd
Anne M. Bracken
Dylan C. Braverman
Brian Brown
Jorja C. Carr
Joseph M. Charchalis
Anthony J. Chiofalo
Robert J. Cimino
Michael T. Colavecchio
Robert M. D'Angelillo
Thomas J. Dargan
Rebecca K. Devlin
Meaghan A. Dolce
Robert W. Doyle, Jr.
Rosa M. Feeney
David W. Fink
Carl A. Formicola
Jennifer M. Frankola
Lawrence J. Freeze
Stacey E. Gorny
Brian J. Greenwood
John J. Halleron III
Christine B. Hickey
Tara M. Higgins
Caroline K. Hock
John E. Horan
Jeffrey D. Hummel
Frederick C. Johs
Annemarie S. Jones
Ann K. Kandel
Jason T. Katz
Jessica Klotz
Bryan F. Lewis
William J. Lewis
Eileen H. Libutti
Robert A. Lifson
Judith N. Littman
Raymond M. Loew
Edward G. Lukoski
Daniel W. McCally
Kevin G. Mescall
David L. Metzger
Michael Milchan
Greg M. Mondelli
James F. Murphy
Michael J. Murphy
Teresa M. Myers
Amy S. Pincus
Jeffrey M. Pincus
Thomas A. Rhatigan
F. Sean Rooney
Martin K. Rowe
Julie C. Ruggieri
John B. Saville
Ellen N. Savino
Theresa Scotto-Lavino
Matthew D. Shwom
Adam H. Silverstone
Paul R. Varriale
Kenneth F. Whitman
Robert J. Yenchman

March 18, 2015

**Via ECF**

Magistrate Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Merolla v. Nassau County, et al.
       Docket No.: 13cv05360
       LJ File No.: 0153-1346

Dear Judge Brown:

We represent Defendants COUNTY OF NASSAU; NASSAU COUNTY POLICE DEPARTMENT; Detective Sergeant JOANNA DISTLER; Police Officer GARY RESNICK; Detective Lieutenant RALPH T. HOFFMAN; Lieutenant Detective DOMINICK CALOBRISI; Sergeant LUKAS GUBBA; Police Officer AVERILL THOMPSON; Ambulance Medical Technician KEVIN KEYER; Police Officer ROBERT MATALEVICH; Detective GEORGE DARIENZO; Inspector EDWARD DORDON; Detective JEFFREY RIOS; Detective KENTON LOCKE; and Detective RHODERICK BARRETT ("County Defendants") in the above referenced matter. We write in Opposition to Plaintiff's motion (ECF # 52), which requests leave to exceed the 10 deposition limit imposed by Rule 30(a)(2)(A)(i).

As noted in footnote three of Plaintiff's motion, Plaintiff is requesting to take the depositions of <u>thirty-two</u> fact witnesses. There are fourteen individual Defendants (and two Municipal Defendants). While the County Defendants agree that Plaintiff should be entitled to take the depositions of the fourteen individual Defendants, eighteen additional depositions is excessive and will impose a significant financial cost on the County Defendants. "The mere fact that many individuals may have discoverable information does not necessarily entitle a party to depose each such individual." *Sigala v. Spikouris*, 2002 WL 721078, at *3 (E.D.N.Y. Mar. 7, 2002)(citations and quotations omitted); *RxUSA Wholesale, Inc. v. McKesson Corp.*, 2007 WL 1827335, at *2 (E.D.N.Y. June 25, 2007)("even though a witness may have discoverable information, that fact alone does not always entitle a party to depose that individual."). "The purpose of Rule 30(a)(2)(A) is to enable courts to maintain a tighter rein on the extent of discovery

Merolla v. Nassau County, et al.
March 18, 2015
Page 2



Lewis Johs Avallone Aviles, LLP

Counsellors at Law

and to minimize the potential cost of wide-ranging discovery." *Sigala*, 2002 WL 721078, at *3 (citations and quotations omitted).  While Plaintiff insists that she will bear the costs of these depositions, an attorney for the County Defendants will need to prepare for and attend each deposition.

It is respectfully submitted that the Court should deny Plaintiff's request to depose thirty-two fact witnesses based on prejudice to the County Defendants.  The County Defendants respectfully request that Plaintiff be <u>limited to twenty depositions</u>.  In the event Your Honor permits Plaintiff to take more than twenty depositions, it is respectfully submitted that the non-party depositions should be limited to two hours, with one hour for Plaintiff and one hour for Defendants.  Additionally, it is respectfully submitted that Plaintiff, in an effort to reduce travel costs, should attempt to schedule more than one deposition per day.

Thank you for your consideration.

Respectfully submitted,

/s/

Annemarie S. Jones
ASJones@lewisjohs.com
*Islandia Office*